**Opinion issued November 1, 2012**



In The

# Court of Appeals
### For The
# First District of Texas

---

## NO. 01-11-00633-CV

---

### BRANDON LE AND MICHAEL VALENTINE, Appellants

### V.

### DON H. KONIPOL AND MANAGED MORTGAGE
### INVESTMENT FUND, LP, Appellees

---

### On Appeal from the 189th District Court
### Harris County, Texas
### Trial Court Cause No. 2011-36465

---

## MEMORANDUM OPINION

Appellants, Brandon Le and Michael Valentine, have neither established

indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's

record.  *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault).  After being notified that this appeal was subject to dismissal, appellants did not adequately respond.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution.  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.